FILED

Reset Form

2022 DEC 23 AM 9:55

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES
BY: ___CD___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER MJ 22-05016 |
|---|---|
| PLAINTIFF(S) v. | |
| Eric Christie | DECLARATION RE OUT-OF-DISTRICT WARRANT |
| DEFENDANT(S). | |

The above-named defendant was charged by: Complaint
in the _____ District of Columbia on 12/15/2022
at 6 ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about 01/06/2021
in violation of Title 18 U.S.C., Section(s) 1752 (a)(1) and (b)(1)(A), (a)(2) and (b)(1)(A)
to wit: _____

A warrant for defendant's arrest was issued by: Robin M. Meriweather, U.S. Magistrate Judge

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach): Criminal Complaint, Arrest Warrant

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/23/2022
                  Date

_____          Kyle Hicks
Signature of Agent              Print Name of Agent


FBI                             Special Agent
Agency                          Title


CR-52 (03/20)                   DECLARATION RE OUT-OF-DISTRICT WARRANT